proved as appropriate under the special circumstances of this case. The Court therefore orders and directs the Special Master to continue the proceedings in accordance with said recommendations. The Court further orders that the recommendation of the Special Master as to the apportionment of costs be adopted and costs to this date shall be taxed as recommended in the Interim Report. The objections of the Fruit Growers Express Company to the proposed apportionment of costs are overruled.

No. 102, Misc. Ex parte Poresky. February 17, 1947. The motion for leave to file petition for writ of mandamus is denied.

No. 103, Misc. Ex parte Huey. February 17, 1947. The application is denied.

No. 346. Silesian American Corp. et al. v. Markham, Alien Property Custodian. See post, p. 852.

No. 489, October Term, 1945. Zap v. United States. March 3, 1947. Per Curiam: The motion for leave to file a second petition for rehearing and to recall the mandate is granted. The second petition for rehearing is granted and the judgment entered June 10, 1946, 328 U. S. 624, and order denying rehearing entered October 21, 1946, 329 U. S. 824, are vacated. The judgment of the Circuit Court of Appeals is reversed and the case is remanded to the District Court with directions to dismiss the indictment. Ballard v. United States, 329